IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS VETTER | ) | |
| | ) | No. 3-11-0379 |
| v. | ) | |
| | ) | |
| CHRISTOPHER GIFFORD | ) | |

O R D E R

By order entered January 17, 2012 (Docket Entry No. 16), a telephone conference call with the Court and counsel for the parties was scheduled on May 18, 2012. However, the Court has developed a scheduling conflict on that date.

Therefore, the conference call is RESCHEDULED to **Friday, May 11, 2012, at 1:00 p.m.,** to be initiated by defendant's counsel, to address whether the parties participated in mediation[1] and, if so, if the were able to reach a settlement and, if so, when they will file an agreed order of dismissal and, if not, whether the potential for settlement remains and to address needed extensions of scheduling deadlines provided in the orders entered June 8, 2011 (Docket Entry Nos. 13-14).

If this rescheduled date presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] On January 13, 2012, counsel advised the Court that they planned to participate in mediation with Steve Cox in mid-April.