IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS VETTER )
) No. 3-11-0379
v. )
)
CHRISTOPHER GIFFORD )

O R D E R

On April 9, 2012, counsel for State Farm Fire and Casualty Company, the underinsured motorist insurance carrier, called the office of the Magistrate Judge to advise that the parties had reached a settlement in this case.

As a result, the telephone conference call, scheduled by order entered April 2, 2012 (Docket Entry No. 17), on May 11, 2012, is CANCELLED.

By April 27, 2012, the parties shall file an agreed order or stipulation of dismissal.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order or stipulation of dismissal to be filed no later than April 27, 2012.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The jury trial in this case is scheduled for August 7, 2012, and the pretrial conference is scheduled on July 27, 2012. See Docket Entry No. 14.