IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS VETTER, )
                                  )
     Plaintiff, )
                                  )
vs. )   No. 3:11-cv-379
                                  )   Judge Nixon
CHRISTOPHER GIFFORD, )   Magistrate Judge Griffin
                                  )
     Defendant. )

**AGREED ORDER OF COMPROMISE AND DISMISSAL**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy in this action have been fully compromised and settled by the parties. It is, therefore, ORDERED, ADJUDGED, and DECREED that all claims in this action are hereby dismissed with prejudice, including the plaintiff's uninsured/underinsured motorist insurance claim against the unnamed defendant, State Farm Fire and Casualty Company. The plaintiff shall reimburse all medical providers, lienholders and any other entities or persons asserting a subrogation claim or lien out of the settlement proceeds.

Counsel for the plaintiff, by virtue of his signature below, certifies that he has complied with T.C.A. § 71-5-117(g) and confirmed that there are no known subrogation claims of the State of Tennessee or any entity acting pursuant to T.C.A. § 71-5-117(f) that remain unaddressed and,

further, that there are no Hospital Liens of record that remain unsatisfied.

The parties shall bear their own discretionary costs.

ENTER this 30th day of April, 2012.

JOHN T. NIXON
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:


/s/Aldo J. Stolte
Tom R. Lewis, #23388
Aldo J. Stolte, #15689
Hughes & Coleman Injury Lawyers
446 James Robertson Parkway, Suite 100
Nashville, TN 37219
(615) 255-5174
Attorneys for Plaintiff



/s/David J. Pflaum
David J. Pflaum, #11098
Watkins & McNeilly, PLLC
214 Second Avenue North, Suite 300
Nashville, TN 37201
(615) 255-2191
Attorney for Defendant Christopher Gifford



/s/Dianne M. Schwartz
Dianne M. Schwartz, #19262
Brewer, Krause, Brooks, Chastain & Burrow, PLLC
P.O. Box 23890
Nashville, TN 37202
(615) 256-8787
Attorney for Unnamed Defendant
State Farm Fire and Casualty Company